IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LESLIE SMITH,                          )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )   Case No. _____
                                       )
PSYCHIATRIC SOLUTIONS, INC.,           )
PREMIER BEHAVIORAL                     )
SOLUTIONS, INC., and GULF              )
COAST YOUTH ACADEMY,                   )
                                       )
        Defendants.

## NOTICE OF REMOVAL

Defendant Psychiatric Solutions, Inc. ("PSI") hereby gives notice of the removal of the above-styled action pursuant to 28 U.S.C. § 1441 and 28 U.S.C. §1446, and as grounds therefore states the following:

1.      On or about January 8, 2007, Plaintiff Leslie Smith filed an action in the Circuit Court of the First Judicial District, Okaloosa County, Florida, a state court embraced by the United States District Court for the Northern District of Florida, Pensacola Division, as case No. 07-CA-73-S-GB.

2.      On January 29, 2007, service of the summons and complaint was made upon PSI by waiver executed by PSI.

3.      On or about May 8, 2007, Plaintiff filed a Motion for Leave to Amend Complaint asserting claims under 18 U.S.C. §1514A, the Criminal Fraud Accountability Act of 2002, also known as the Sarbanes-Oxley Act ("Sarbanes-Oxley Act"), and 31 U.S.C. §370(h), the federal False Claims Act.

4.     PSI opposed Plaintiff's Motion for Leave to Amend because it believed that Plaintiff's Sarbanes-Oxley Act and Federal False Claims Act claims were untimely.

5.     The Circuit Court for the First Judicial District, Okaloosa County, Florida heard Plaintiff's Motion for Leave to Amend Complaint on December 5, 2007. The Court granted Plaintiff's Motion for Leave to Amend Complaint as to the Sarbanes-Oxley Act claim, but denied as to the federal False Claims Act, and entered an Order to that effect on December 28, 2007.

6.     Time has not elapsed within which PSI is allowed to file this Notice of Removal and this Notice of Removal has been timely filed pursuant to 28 U.S.C. §1446(b).

7.     As of the time of filing of this Notice of Removal, the parties have filed responsive pleadings, motions and discovery notices. A copy of all filings is attached to this notice at Exhibits 1 through 34.

8.     Notice of Removal of the action has been served on Plaintiff Leslie Smith through her attorney as reflected below, and is being sent today for filing with the Clerk of the Circuit Court for the First Judicial District, Okaloosa County. A copy of the notice being filed in the Circuit Court is attached as Exhibit 35 (without attachments).

9.     Defendants Premier Behavioral Solutions, Inc., and Gulf Coast Youth Academy consent to the removal of this action.

10.    This action should be removed to this Court on the grounds of federal question jurisdiction pursuant to 28 U.S.C. §1331 because Plaintiff Leslie Smith's

Amended Complaint alleges that PSI discriminated against her in violation of the Sarbanes-Oxley Act, codified at 18 U.S.C. §1514A.

11.     This action is one that may be removed to this Court pursuant to 28 U.S.C. § 1441(b).

WHEREFORE, PSI requests this civil action be removed in its entirety from the Circuit Court for the First Judicial District, Okaloosa County, Florida, to the United States District Court for the Northern District of Florida, Pensacola Division, that this Court assume full jurisdiction of this case and that this Court take all further action deemed just and proper.

-S- A. Benjamin Gordon
A. Benjamin Gordon, III
Florida Bar No. 0528617
Anchors Smith Grimsley, PLC
909 Mar Walt Drive, Suite 1014
Fort Walton Beach, Florida 32547-6711
(850) 863-4064

and

Mark W. Peters, Tenn. BPR #018422
*Pro Hac Vice* Application Pending
Sneha Channabasappa, Tenn. BPR #023555
*Pro Hac Vice* Application Pending
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380 (telephone)
(615) 244-6804 (facsimile)
mark.peters@wallerlaw.com
sneha.channabasappa@wallerlaw.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document has been electronically filed and served via United States Mail, First Class postage prepaid, upon :

Richard E. Johnson
Melissa Horwitz
Law Offices of Richard E. Johnson
314 West Jefferson Street
Tallahassee, Florida 32301

on this the 2 day of January 2008

-S- A. Benjamin Gordon