UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LESLIE SMITH,

    Plaintiff,

vs.                                    CASE NO.: 3:08cv3/MCR/EMT

PSYCHIATRIC SOLUTIONS, INC.,
PREMIER BEHAVIORAL SOLUTIONS, INC.,
and GULF COAST YOUTH ACADEMY,

    Defendants.
_____/

**O R D E R**

    On consideration of plaintiff's counsel's objections to the magistrate judge's order imposing sanctions the court concludes the magistrate judge's order is neither clearly erroneous nor contrary to the law. 28 U.S.C. § 636(b)(1)(A); Fed.R.Civ.P. 72. The court further concludes an evidentiary hearing is not required. *See Alan v. Paxon Communication Corporation*, 239 Fed.Appx. 475 (11th Cir. 2007).

    Accordingly, the magistrate judge's order is Affirmed. The court's stay of payment is lifted. Counsel shall make payment within ten (10) days of this order.

    **DONE and ORDERED** this 5th day of November, 2008.

                                            s/ *M. Casey Rodgers*
                                            **M. CASEY RODGERS**
                                            **UNITED STATES DISTRICT JUDGE**