**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**


LESLIE SMITH,

     Plaintiff,

v.                                  Case No.  3:08cv3/MCR/EMT

PSYCHIATRIC SOLUTIONS, INC.,
et al.,

     Defendants.

                             /

**O R D E R**

     Ruling on Defendants' Motion for Attorney's Fees and Supporting Memorandum of Law (doc. 156) was deferred pending disposition of plaintiff's appeal.  (*See* doc 161.)  By opinion issued December 21, 2009, the Court of Appeals for the Eleventh Circuit affirmed this court's summary judgment ruling in favor of defendants, as well as other court orders brought on appeal.  Accordingly, defendants' motion is now ripe for consideration. Pursuant to Federal Rule of Civil Procedure 72(a) and Local Rule 72.3, the undersigned finds it appropriate to refer this matter to the Magistrate Judge for further proceedings.

     It is ORDERED:

     This cause is hereby referred to Magistrate Judge Elizabeth Timothy to conduct evidentiary and such other proceedings as are required and to enter a report and recommendation on the disposition of defendants' motion.

     **DONE AND ORDERED** this 8th day of January, 2010.


s/ *M. Casey Rodgers*

**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**